[No. 14635-1-I. Division One. July 23, 1986.]

JOHN KUNNAP, ET AL, *Respondents,* v. VERNON
SUNDERMAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for What-
com County, No. 83-2-00873-1, Byron L. Swedberg, J.,
entered April 18, 1984. *Affirmed in part* and *reversed in
part* by unpublished opinion per Coleman, J., concurred in
by Scholfield, C.J., and Pekelis, J.

[No. 15033-2-I. Division One. July 23, 1986.]

SNOHOMISH COUNTY, *Respondent,* v. GO EAST
CORPORATION, ET AL, *Appellants.*

Appeal from judgments of the Superior Court for Snoho-
mish County, Nos. 83-2-04185-4, 83-2-04207-9, Paul D.
Hansen, J., entered June 22, 1984. *Dismissed* by unpub-
lished opinion per Pekelis, J., concurred in by Scholfield,
C.J., and Swanson, J.

[No. 15464-8-I. Division One. July 23, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY
LEWIS DONALDSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-01783-6, Richard M. Ishikawa, J.,
entered October 5, 1984. *Affirmed* by unpublished opinion
per Coleman, J., concurred in by Swanson and Webster, JJ.